UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA SLATTERY,

    Plaintiff,                           CASE NO. 8:23-cv-01153-MSS-AEP

v.

HARTFORD ACCIDENT
AND LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, LISA SLATTERY, and the Defendant, HARTFORD ACCIDENT AND LIFE INSURANCE COMPANY, by and through their undersigned legal counsel, hereby jointly stipulate and move that this cause be dismissed with prejudice, including all claims that were or could have been raised in this action, each party bearing its own costs and attorney's fees.

Dated:

By: */s/ Johnathan M. Fordin*  
    Johnathan Fordin, Esq.  
    Shutts Bowen, LLP  
    200 S. Biscayne Blvd., Suite 4100  
    Miami, FL 33131  
    Telephone: (305) 347-7390  
    E-mail: JFordin@shutts.com  
    *Counsel for Defendant*

By: */s/ John V. Tucker*  
    John V. Tucker, Esq.  
    Tucker Disability Law, P.A.  
    5235 16th Street North  
    St. Petersburg, FL 33703  
    Telephone: (727) 572-5000  
    Email: tucker@tuckerdisability.com  
    *Counsel for Plaintiff*